# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHRISTOPHER KHALAF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES TORRANCE, et al.,<br><br>　　　　Defendants. | Case No. SACV 21-01484-CJC (RAO)<br><br>ORDER DISMISSING COMPLAINT |

On September 9, 2021, Plaintiff Michael Christopher Khalaf ("Plaintiff") filed a complaint and a request to proceed *in forma pauperis* ("IFP request"). Dkt. Nos. 1, 3. On September 17, 2021, the Court denied the IFP request and ordered Plaintiff to pay the filing fees in full within 30 days or the case would be dismissed. Dkt. No. 6.

The deadline for paying the filing fees has passed, and Plaintiff has failed to do so. Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 1, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE