1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL CHRISTOPHER              Case No. SACV 21-01484-CJC (RAO)
     KHALAF,
12
                      Plaintiff,
13                                    JUDGMENT
           v.
14
     JAMES TORRANCE, et al.,
15
                      Defendants.
16

17         In accordance with the Order Dismissing Complaint issued concurrently

18   herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED

19   without prejudice.

20

21   DATED: November 1, 2021

22                                    _____
                                      CORMAC J. CARNEY
23                                    UNITED STATES DISTRICT JUDGE

24
25
26
27
28